ELIZA POLAND, Respondent, *v.* UNITED TRACTION COMPANY, Appellant.

*Poland* v. *United Traction Co.*, 88 App. Div. 281, affirmed.
(Argued January 4, 1904; decided January 19, 1904.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 13, 1903, which affirmed an order of Special Term denying a motion for a change of venue.

The following question was certified : " Is the county of Rensselaer a proper county for the trial of this action upon the facts as disclosed in the record on appeal herein."

*Patrick C. Dugan* for appellant.

*G. B. Wellington* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative on opinion below.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN and CULLEN, JJ. Absent: O'BRIEN and WERNER, JJ.

---

THOMAS KANE et al., Appellants, *v.* C. GUNTHER ROSE, as Administrator of the Estate of JOHN MANTON, Deceased, et al., Defendants.

JOSEPH WOOD, Respondent.

*Kane* v. *Rose*, 87 App. Div. 101, affirmed,
(Argued January 5, 1904; decided January 19, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 27, 1903, which affirmed an order of Special Term directing the plaintiffs to pay a certain sum of money to the respondent herein.

*Martin T. Manton* for appellants.

*Thomas G. Frost* for respondent.

Order affirmed, with costs ; no opinion.

Concur: BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. PARKER, Ch. J., votes for dismissal. Absent: O'BRIEN, J.